UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| LISA THOMAS-GELDER,<br><br>            Plaintiff,<br><br>v.<br><br>JO ANNE B. BARNHART,<br>Commissioner of Social<br>Security,<br><br>            Defendant. | No.  CV-05-0207-MWL<br><br>ORDER GRANTING JOINT<br>MOTION FOR REMAND |

The parties have filed a stipulation for remand of the above captioned case to the Commissioner for further administrative proceedings. (Ct. Rec. 27). The parties have consented to proceed before a magistrate judge. (Ct. Rec. 7). After considering the stipulation,

**IT IS ORDERED** that the above-captioned case be remanded for further administrative proceedings. Upon remand, the ALJ will further evaluate all medical opinions of record, including those of Drs. Sutherland (AR 177-180), Bailey and Beaty (AR 198, 202-203) and Kramer (AR 258-260). The ALJ will further consider all subjective complaints of record. If an on the record fully favorable decision is not issued, the ALJ will hold a new hearing and, if necessary, obtain supplemental vocational expert testimony. The ALJ will make a new determination as to

ORDER RE: STIPULATED REMAND - 1

Plaintiff's disability, taking all evidence into account, and issue a new decision.

This Court hereby reverses the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) with a remand of the cause to the Commissioner for further proceedings. *See Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

**IT IS FURTHER ORDERED:**

1. The parties Joint Motion to Remand (**Ct. Rec. 27**) is **GRANTED**.

2. Judgment shall be entered for the **PLAINTIFF**.

3. An application for attorney fees may be filed by separate motion.

4. The District Court Executive is directed to enter this Order, forward copies to counsel, and thereafter shall **close** this file.

DATED this ___7th___ day of March, 2006.

                                                S/ Michael W. Leavitt
                                                MICHAEL W. LEAVITT
                                          UNITED STATES MAGISTRATE JUDGE

ORDER RE: STIPULATED REMAND - 2